UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

URBAN ASSOCIATES, INC.,

                        Plaintiff,        CIVIL CASE NO. 04-40059

v.

                                              HONORABLE PAUL V. GADOLA

STANDEX ELECTRONICS, INC., *et al.*,      U.S. DISTRICT JUDGE

                        Defendants.
_____/

## **ORDER APPOINTING ARBITRATOR**

      This matter having come before the Court following the parties' stipulated order to submit to binding arbitration; the parties having failed to agree on a neutral third arbitrator in accordance with that order; the parties each having duly submitted the names of two proposed neutral arbitrators, along with the resumes and conflict of interest disclosure forms for each proposed neutral arbitrator; the Court having fully considered this matter;

      **IT IS HEREBY ORDERED** that **ROBERT B. WEBSTER** is **SELECTED** as the neutral arbitrator.

      **SO ORDERED.**


Dated:   July 9, 2008                                s/Paul V. Gadola
                                                            HONORABLE PAUL V. GADOLA
                                                             UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that on  July 9, 2008  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Michael J. Barton; Victoria a. Valentine  , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  .

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(810) 341-7845