UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


URBAN ASSOCIATES, INC.,
a Michigan corporation,

        Plaintiff,               Case No.  4:04-cv-40059-PVG-VMM

-vs-                             Hon.  Mark A. Goldsmith

STANDEX ELECTRONICS, INC.
a Delaware corporation, and  STANDEX
INTERNATIONAL CORP., a Delaware
corporation, jointly and severally,

        Defendants.

---

| | |
|---|---|
| Stephen K. Valentine, Jr. (P21697) | Michael J. Barton (P34509) |
| Victoria A. Valentine (P58546) | PLUNKETT COONEY |
| VALENTINE & ASSOCIATES, P.C. | Attorney for Defendants |
| Attorneys for Plaintiff | 38505 Woodward Ave., Ste.  2000 |
| 5767 West Maple Road, Ste. 400 | Bloomfield Hills, MI  48304 |
| West Bloomfield, MI  48322 | (248) 901-4070 |
| (284) 851-3010 / (248) 851-1553 fax | *mbarton@plunkettcooney.com* |
| *valulaw@ameritech.net* | |
| *vav@ameritech.net* | |

---

FINAL JUDGMENT

---

On March 30, 2012, the Court issued its OPINION AND ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PLAINTIFF'S MOTION TO VACATE ARBITRATION AWARD (DKT. 90).

On August 20, 2012, the Court  issued  its OPINION AND ORDER (DKT. 110) GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO CONFIRM JULY 12, 2011 OPINION RE: PREVAILING PARTY (DKT.91) AND PLAINTIFF'S MOTION TO CLARIFY THE FINALITY OF THE MARCH 30, 2012 OPINION (DKT. 96).

On August 31, 2012, Plaintiff filed a MOTION (DKT. 111) FOR REHEARING AND/OR RECONSIDERATION WITH REGARD TO THE AUGUST 20, 2012 OPINION AND ORDER (DKT. 110), to which Defendant responded (DKT. 113).

On November 21, 2012 the Court entered its ORDER (DKT. 114) DENYING IN PART AND GRANTING IN PARTY PLAINTIFF'S MOTION FOR RECONSIDERATION (DKT. 111).

**FOR THE REASONS STATED IN ITS RULINGS, THE FOLLOWING JUDGMENT IS ENTERED:**

IT IS ORDERED AND ADJUDGED that Plaintiff's motion to vacate the arbitrators' April 14, 2011 Final Award is denied.

IT IS FURTHER ORDERED AND ADJUDGED that the Arbitrator's April 14, 2011 Final Award in favor of Plaintiff in the total amount of $116,209.54, plus $32,481.75 in pre-award interest (described as pre-judgment interest in the Arbitrators' Award) is confirmed.

IT IS FURTHER ORDERED AND ADJUDGED that the Arbitrator's July 12, 2011 opinion finding Plaintiff as the prevailing party is confirmed.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff, as the Prevailing Party, is awarded arbitration costs in the total amount of $84,728.94.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff is entitled to post-award interest on the arbitration award and arbitration costs calculated under MCL §600.6013 from April 14, 2011 until the date of entry of this Final Judgment.

The total amount of the judgment in favor of Plaintiff and against Defendants jointly and severally, through December 5, 2012, including interest, is therefore $242,607.97.  Interest on this amount shall accrue at $12.28 per day until entry of this Final Judgment.  Upon entry of the Final Judgment, interest shall accrue on the total Final Judgment amount, including all

prejudgment interest, in accordance with 28 U.S.C. § 1961, from the date of entry of the Final

Judgment until satisfaction by Defendants of the total Final Judgment.

  SO ORDERED.

Dated: December 6, 2012        s/Mark A. Goldsmith
    Flint, Michigan        MARK A. GOLDSMITH
               United States District Judge

### CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 6, 2012.

             s/Deborah J. Goltz
             DEBORAH J. GOLTZ
             Case Manager

**APPROVED AS TO FORM:**

*/s/Stephen K. Valentine, Jr.*      */s/Michael J. Barton* **(with consent)**
Stephen K. Valentine, Jr. (P21697)    Michael J. Barton (P34509)
Attorney for Plaintiff        Attorney for Defendants
Date: 12-5-12           Date: 12-5-12

3